### NEWMAN v. WATERMAN BLDG. CO. et al.

(Supreme Court, Appellate Term. November 20, 1911.)

COURTS (§ 190*)—MUNICIPAL COURTS—ORDERS APPEALABLE.

An order of the Municipal Court of the City of New York, overruling a demurrer, is not appealable.

[Ed. Note.—For other cases, see Courts, Cent. Dig. § 103; Dec. Dig. § 190;* Appeal and Error, Cent. Dig. § 103.]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Dora Newman against the Waterman Building Company and another. From an order overruling a demurrer, defendant named appeals. Dismissed.

Argued before SEABURY, GUY, and COHALAN, JJ.

---

Watson & Raymond, for appellant.
Louis Hanneman, for respondent.

PER CURIAM. The defendant appeals from an order overruling a demurrer. Such an order is not appealable. Binder v. Robinson, 59 Misc. Rep. 155, 110 N. Y. Supp. 229; Smith v. Ely, 46 Misc. Rep. 458, 92 N. Y. Supp. 310.

Appeal dismissed, with $10 costs.